# EXHIBIT 8
# Cease and Desist Letter to Gibson

Augusto Perera, P.A.
Intellectual Property Law Firm

T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

June 26, 2025

Mr. Shaq Gibson
President
Conch & Coconut, Ltd. Via Email concierge@conchandcoconutbahamas.com

Re: Trademark Infringement "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE".

Mr. Gibson,

We are intellectual property counsel to Conch & Coconut LLC, a Florida Limited Liability providing "Personal concierge services for others comprising making requested personal arrangements and reservations and providing customer-specific information to meet individual needs" and "Arranging of transportation for travel tours; Organization of travel; Organization of trips; Providing transport for sightseeing tours; Travel services, namely, coordinating travel arrangements for individuals and for groups" under the "**CONCH & COCONUT**" and "CRACK OPEN THE GOOD LIFE" marks within the United States and the Bahamas since at least May 2018.

Please also note that our client has acquired common law trademark rights through continuous use of its "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" trademark, in commerce since as early as since May 2018. In addition, our client has secured trademark registration for its trademark "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" under Registration Numbers 7123684 & 7208095 respectively. See enclosed Exhibit A 1 and 2. Our client has also secured provisional approval of its "CRACK OPEN THE GOOD LIFE" in the Bahamas under trademark number 47149. See enclosed Exhibit B.

A Registration that is valid and subsisting and thus constitute conclusive evidence of the validity of the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" Trademarks, our clients' ownership of the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" Trademarks, and our clients' exclusive right to use the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" Trademarks in connection with the listed services.

Augusto Perera, P.A.
Intellectual Property Law Firm
T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

Consequently, the “CONCH & COCONUT” and “CRACK OPEN THE GOOD LIFE” marks are a valuable intellectual property asset of “CONCH & COCONUT LLC”.

Notwithstanding the foregoing, it has come to our attention that you have recently started using an identical mark “CONCH & COCONUT BAHAMAS” and “CRACK OPEN THE ISLAND LIFE” for identical services to our client’s. See enclosed Exhibits C 1&2.

As you may know, trademark law requires that “CONCH & COCONUT LLC” police its trademarks in order to protect them. Allowing the use and registration of confusingly identical or similar marks runs to risk of weakening, diluting, and/or invalidating the “CONCH & COCONUT” and “CRACK OPEN THE GOOD LIFE” Marks.

“CONCH & COCONUT LLC” is concerned that use of the mark “CONCH & COCONUT BAHAMAS” and “CRACK OPEN THE ISLAND LIFE” is likely to cause confusion in the marketplace as to the source or affiliation of your services, since your marks “CONCH & COCONUT BAHAMAS” and “CRACK OPEN THE ISLAND LIFE” and our client the “CONCH & COCONUT” and “CRACK OPEN THE GOOD LIFE” marks are almost identical.

| Service Category | www.conchandcoconut.com | Conch & Coconut Bahamas www.conchandcoconutbahamas.com (Infringing website) |
|---|---|---|
| **Sea Excursions** | Harbour Island Excursion by Sea, Sunset Cruise, Bonefishing, Deep-sea Fishing, Spearfishing, Bottom Fishing | Briland by Sea, Sunset Cruise, Bonefishing, Deep-sea Fishing, Spearfishing, Bottom Fishing |
| **Land Experiences** | North Eleuthera Land Tour | Eleuthera Adventure Experience |
| **Concierge Services** | VIP Airport Transfer, Harbour Island Golf Cart Rental, Private Air Charter, Provisioning, Hire a Private Chef, Hire Musicians, Nightlife Guide/Chaperone, Babysitting Service | VIP Transfer, Private Air Charters, Hire a Captain, Hire a Mate, Hire a Fishing Guide, Hire a Private Chef, Beach Bonfire |

Augusto Perera, P.A.
Intellectual Property Law Firm
T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

| | | |
|---|---|---|
| **Special Events** | Beach Bonfire, Beach Picnic, Corporate Retreats, Weddings | Beach Bonfire |
| **Fishing Services** | Hire a Fishing Guide, Live Bait Service | Hire a Fishing Guide |
| **Marine Services** | Hire a Captain, Hire a Mate | Hire a Captain, Hire a Mate |
| **Golf Cart Rental** | Harbour Island Golf Cart Rental | Harbour Island Golf Cart Rentals (menu item) |
| **VIP Airport/Transfer** | VIP Airport Transfer (with personal concierge, private taxi/water taxi, tarmac service) | VIP Transfer (generic) |
| **Provisioning + Private Chef** | Home provisioning service (food, drinks, wine), Hire a Private Chef | Hire a Private Chef |

- **Nearly identical service offerings** across essential categories: sea & land tours, excursions, transfers, chefs, fishing, and special events.
- **VIP Airport/Transfer** is significantly detailed on the client's site, while the infringer offers only a generic "VIP Transfer."
- The infringer lists **Captain/Mate services**, aligning with the client's marine offerings but abruptly branded under their domain—as does the client's version, under consistent branding.
- Several services unique to the client—**provisioning service**, **corporate retreats, weddings**, and **babysitting offerings**—are either missing or inadequately represented by the infringer.

This direct overlap in service categories and offerings is strong evidence of not only trademark infringement but also **passing off your client's business activities as their own**, likely harming both brand identity and customer goodwill.

Our client has superior rights by virtue of its prior use of the marks in interstate commerce and in the Bahamas since at least 2018. Our client's continuous prior use of its trademark provides certain proprietary rights. This includes the right to restrict the use of the trademark, or a confusingly similar trademark, in association with confusingly similar products or services.

Augusto Perera, P.A.
Intellectual Property Law Firm
T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

"CONCH & COCONUT LLC" is also concerned that your use of the Infringing Marks may lead consumers to believe, erroneously, that the Infringing Marks are affiliated with "CONCH & COCONUT LLC" or otherwise promoted by "CONCH & COCONUT LLC"

Your use of the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" trademarks create a likelihood of confusion among the consuming public, dilutes our client's trademark rights, and implies a connection or affiliation to our client that is damaging to our client.

Uncontrolled use of any mark which is identical to "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" marks could impinge on "CONCH & COCONUT LLC" rights in the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" marks and harm the significance of the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" marks.

It is not uncommon for the type of services you offer to emanate from the same source, or to be found in the same channels of distribution. Consequently, consumer confusion is likely given the similarity of the marks, the related nature of the goods and the likelihood that these goods will be sold through the same or similar channels of distribution to the same or a similar class of consumers seeking goods with wellness benefits.

United States federal law clearly states that the use of any word, term, name, symbol, or device that is likely to cause confusion, or to deceive as to affiliation, connection, or association is cause for a civil action by any person who believes that he or she is likely to be damaged by such use (15 U.S.C. § 1125(a)).

In this regard, your unlawful use of the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" marks in connection with the promotion and selling of your services creates the false impression that such services originate from our client, or that our client is somehow associated with you, to deceive consumers or to cause confusion or mistake as to the origin or affiliation of such services.

Furthermore, State and Federal law provides numerous remedies for trademark infringement and dilution, including, but not limited to, preliminary and permanent injunctive relief, money damages, a defendant's profits, provisions for the destruction or confiscation of infringing products

Augusto Perera, P.A.
Intellectual Property Law Firm

T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

and promotional materials, and where intentional infringement is shown, attorneys' fees and possible treble money damages.

Your unlawful use of the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" marks in connection with the promotion of identical services creates the false impression that such services originate from our Client, or that our Client is somehow associated with your business, so as to deceive consumers or to cause confusion or mistake as to the origin or affiliation of such services.

In that regard, please note that.

To establish that a mark falsely suggests a connection with a person or an institution, it must be shown that:

(1) the mark is the same as, or a close approximation of, the name or identity previously used by another person or institution;

(2) the mark would be recognized as such; in that it points uniquely and unmistakably to that person or institution;

(3) the person or institution named by the mark is not connected with the activities performed by the applicant under the mark; and

(4) the fame or reputation of the person or institution is such that, when the mark is used with the applicant's goods or services, a connection with the person or institution would be presumed.

See: In re Pedersen, 109 USPQ 2d 1185, 1188-89 (TTAB 2013) ; In re Jackson Int'l Trading Co. Kurt D. Bruhl GmbH & Co. KG, 103 USPQ2d 1417, 1419 (TTAB 2012) ; In re Peter S. Herrick, P.A., 91 USPQ2d 1505, 1507 (TTAB 2009) ; In re MC MC S.r.l., 88 USPQ2d 1378, 1379 (TTAB 2008); Ass'n Pour La Def. et la Promotion de L'Oeuvre de Marc Chagall dite Comite Marc Chagall v. Bondarchuk, 82 USPQ2d 1838, 1842 (TTAB 2007) ; In re White, 80 USPQ2d 1654, 1658 (TTAB 2006); In re White, 73 USPQ2d 1713, 1718 (TTAB 2004) ; In re Nuclear Research Corp., 16 USPQ2d 1316, 1317 (TTAB 1990) ; Buffett v. Chi-Chi's, Inc., 226 USPQ 428, 429 (TTAB 1985) ; In re Cotter & Co., 228 USPQ 202, 204 (TTAB 1985); see also Univ. of Notre Dame du Lac v. J.C. Gourmet Food Imps. Co., 703 F.2d 1372, 1375-77, 217 USPQ 505, 508-10 (Fed. Cir. 1983) (providing foundational principles for the current four-part test used to determine the existence of a false

Augusto Perera, P.A.
Intellectual Property Law Firm

T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

connection). A connection with an entity is established when the record establishes a specific endorsement, sponsorship, or the like of the particular goods and services, whether written or implied. In re White, 80 USPQ2d 1654, 1660-61 (TTAB 2006).

Additionally, in trademark cases, a corporate officer or director can be held personally liable for the trademark infringement committed by his or her company. Moreover, "[a] corporate officer or director is, in general, personally liable for all torts which he authorizes or directs or in which he participates, notwithstanding that he acted as an agent of the corporation and not on his own behalf". Transgo, Inc., 768 F.2d at 1021 (internal quotation marks and citation omitted). While the particular act of unfair competition involved in that stage of Transgo was a conspiracy to pass off goods, the Fourth Circuit has recognized the applicability of the principle to trademark infringement generally. Polo Fashions, Inc. v. Craftex, Inc., 816 F.2d 145, 149 (4th Cir. 1987) ("A corporate official may be held personally liable for tortious conduct committed by him, though committed primarily for the benefit of the corporation. This is true in trademark infringement and unfair trade practices cases.") (citing Transgo). See also Donsco, Inc. v. Casper Corp., 587 F.2d 602, 606 (3d Cir. 1978) (corporate president who authorized and approved corporation's act of unfair competition liable under § 43(a); a corporate officer who knowingly and substantially participates in corporation's act of infringement is personally liable); Electronic Laboratory Supply Co. v. Cullen, 977 F.2d 798, 807-808 (3d Cir. 1992).

Normally, in order to hold an individual liable for the acts of a company, you have to pierce the corporate veil. But not under this rule, this rule of personal liability is separate and apart from piercing the corporate veil:

It is well-established that, in general, an individual corporate officer or director is not subject to personal liability simply by virtue of his office; such liability attaches only if the corporate veil can be pierced which appropriately occurs only in certain extraordinary circumstances. See Tillman v. Wheaton-Haven Recreation Association, Inc., 517 F.2d 1141, 1144 (4th Cir. 1974); Cheatle v. Rudd's Swimming Pool Supply Co., 234 Va. 207, 360 S.E.2d 828, 831, 4 Va. Law Rep. 805 (1987) (holding that a refusal to recognize the corporate immunity for directors and officers constitutes an "extraordinary exception").

Augusto Perera, P.A.
Intellectual Property Law Firm

T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

"It is not alleged that such extraordinary circumstances exist here with respect to the individual defendants. Yet, this does not end the analysis of these individual defendants' liability as it is equally well-established that an individual corporate officer or director can be held personally liable for trademark infringement." See Polo Fashions v. Craftex, 816 F.2d 145, 149 (4th Cir. 1987); Donsco, Inc. v. Casper Corp., 587 F.2d 602, 606 (3rd Cir. 1978); Committee for Idaho's High Desert v. Yost, 92 F.3d 814, 823-24 (9th Cir. 1996), citing Polo Fashions, 816 F.2d at 149; McCarthy , § 25:24; see generally Tillman, 517 F.2d at 1144 (holding that a director who votes for the commission of a tort is personally liable, while a director who did not personally participate in the commission of the tort could not be held personally liable). Particularly instructive is the Third Circuit's opinion in Donsco, where an officer who was a "central figure" in the corporation was found personally liable for acts of trademark infringement that he had "authorized and approved." Donsco, 587 F.2d at 606. The Third Circuit panel found persuasive the officer's active and actual participation in the infringement, explaining that a corporate officer is "individually liable for the torts he personally commits, and cannot shield himself behind a corporation when he is an actual participant of the tort." Id. In sum, it is clear that in such circumstances, the fact that an officer was an agent of the corporation, acting for its benefit, will not shield that officer from tort liability, but instead may only make the corporation secondarily liable. Id.

Such conduct subjects Conch & Coconut, Ltd. and you personally (as the moving, active, conscious force directing Conch & Coconut, Ltd's illicit activities) to potential monetary penalties, including statutory damages of up to $2,000,000, per type of services, disgorgement of RTB's profits on the sale of the Offending services and/or payment of our clients' damages—both of which may be trebled—as well as an award of our clients' attorneys' fees and injunctive relief. See 15 U.S.C. § 1117.

This egregious action is not only a serious willful infringement and knowingly dilutes the CONCH & COCONUT LLC's "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" Trademarks but also may mislead others into thinking that this type of unlawful activity is somehow "legal". People seeing your services may believe that our client either sponsored your company or is otherwise involved and approved the misuse of its trademarks in this manner.

Actual confusion is not required for a finding of likelihood of confusion. However, a successful showing of actual consumer confusion gets a plaintiff much of the way to success in an

Augusto Perera, P.A.
Intellectual Property Law Firm
T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

infringement case. "Courts have often emphasized the strong influence of actual confusion evidence on their likelihood of confusion determinations, often calling this factor the most important of all. If there are documented instances of actual confusion where the marks have been simultaneously used in the marketplace for only a short time, courts view such evidence as strongly supporting likelihood of confusion." Jerome Gilson & Anne Gilson Lalonde, 5-5 Gilson on Trademarks § 5.04 (2006) (internal citations omitted).

It is important that our client exercise its right to protect its trademark. It serves as an important and distinctive representation of the origin of their services as well as the goodwill of their company.

In addition, we have identified that numerous images, as well as the overall "look and feel" of our client's website, have been copied—almost completely, if not entirely, verbatim. This includes the layout, design aesthetics, and stylistic elements that are distinctive to our client's brand identity. Of particular concern is the unauthorized use of a person's likeness—specifically, photographic images that appear to depict individuals affiliated with our client or featured on the original site. The use of an individual's image without consent for commercial purposes constitutes a violation of their right of publicity and may give rise to additional legal claims under state and common law, including misappropriation and false endorsement. We demand the immediate removal of all such infringing content.

In particular, the images used on our client's website were specifically commissioned, created, and paid for as **works made for hire** with the respective photographers and content creators. Under 17 U.S.C. § 101 of the U.S. Copyright Act, a work made for hire is defined as a work prepared by an employee within the scope of employment, or a work specially ordered or commissioned for use as part of a website or other specified categories, where the parties expressly agree in writing that the work shall be considered a work made for hire. As such, all copyrights in those images are owned exclusively by our client. Your unauthorized reproduction and public display of these protected works—particularly in the context of a commercial enterprise—constitute willful copyright infringement. The U.S. Copyright Act provides for: "(1) ... an award of statutory damages for all infringements involved in the action ... in a sum of not more than $30,000 as the court considers just. ... (2) In a case where ... that infringement was committed willfully, the court in its discretion may increase the award of statutory damages to a sum of not more than $150,000." 17

Augusto Perera, P.A.
Intellectual Property Law Firm

T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

U.S.C. § 504(c). The law also authorizes costs, attorney fees, and a permanent injunction. Thus,, under 17 U.S.C. § 504, willful infringement may expose you to statutory damages of up to $150,000 per work, in addition to actual damages, disgorgement of profits, and liability for attorneys' fees. We hereby demand the immediate removal of all infringing images and content from your website and related platforms.

Please note that under United States and International Copyright law CONCH & COCONUT LLC.'s copyrights have been in effect since the date the work was created. All copyrightable aspects of CONCH & COCONUT LLC's website are copyrighted under United States copyright law. Our client demands evidence and justification for your use of our client's copyrighted works and how you obtained this copyrighted work.

In addition, we must advise you that the unauthorized copying and distribution via the Internet of the aforementioned text, images, plus look and feel of our client's website without the expressed permission of CONCH & COCONUT LLC constitute copyright infringement in violation of Title 17 U.S. Code, Section 106(a) of the Copyright Act of 1976, and several recognized international copyright laws.

Due to these concerns, and because unauthorized use of our client's trademark amounts to an infringement of their trademark and copyrights, we respectively request that you Cease and Desist in any further use of "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" as part of your mark, or any other confusingly similar mark in association with "Personal concierge services for others comprising making requested personal arrangements and reservations and providing customer-specific information to meet individual needs" and "Arranging of transportation for travel tours; Organization of travel; Organization of trips; Providing transport for sightseeing tours; Travel services, namely, coordinating travel arrangements for individuals and for groups".

Furthermore, we demand the following at this time:

1. To cease and desist the use of "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" as part of your mark, or any confusingly similar service mark containing the words "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE", or any confusingly similar marks or designs. This includes, but is not limited to, removal of labels, signs, brochures, business cards, invoices, advertisements, social media accounts, and/or websites by July 11, 2025.

Augusto Perera, P.A.
Intellectual Property Law Firm

T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

2. Discontinue any and all advertisements or online marketing campaigns, including advertising key word and meta-tag usage, that uses the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" or any confusingly similar service mark containing the words "CONCH & COCONUT" by July 11, 2025;
3. Provide the undersigned by July 11, 2025 a list detailing the names and contact information of all purchasers, customers, distributors, accounts, vendors, and providers of the Infringing services;
4. Provide the undersigned accounting of all purchases, sales, profits and inventory of the Offending Services, and any other services you provide bearing the mark, including all related back up documentation (i.e., all purchase orders, invoices, receipts, etc.), so that appropriate compensation to CONCH & COCONUT LLC may be determined;
5. Immediately stop contacting any of "CONCH & COCONUT LLC" customers to solicit business or promote Mr. Shaq Gibson, President, Conch & Coconut, Ltd services under "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" marks or any confusingly similar service mark containing the words "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE".
6. A declaration indicating your intention to Cease and Desist the unlawful copying of CONCH & COCONUT LLC, copyrighted website and images or any confusingly similar website design by July 11, 2025;
7. Immediate removal of the infringing copyrighted work from https://conchandcoconutbahamas.com/contact/, by July 11, 2025;
8. A Certified Check in the amount of $75,000, made payable to "Augusto Perera, P.A. Trust Account" for attorney fees, out of pocket expenses, and other costs related to your persistent use and infringement of our client's intellectual property rights, by July 11, 2025; and
9. Provide written confirmation of compliance with the above demands by July 11, 2025.

You are now on notice of "CONCH & COCONUT LLC" rights to the "CONCH & COCONUT" and "CRACK OPEN THE GOOD LIFE" Marks. As such, any continued use of the Infringing Mark or any marks confusingly similar thereto, and Copyrights will be deemed to constitute willful infringement under 15 U.S.C. §1117(a). Note though, that when a violation of any right of the registrant of a mark registered in the Patent and Trademark Office, a violation under section 43(a) or (d) [§1125(c) or (d)], or a willful violation under section 43(c), shall have been established in

Augusto Perera, P.A.
Intellectual Property Law Firm
T 305-489-1901
E ap@tmmiami.com www.tmmiami.com
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134

any civil action arising under this Act, the plaintiff shall be entitled ... to recover (1) defendant's profits, (2) any damages sustained by the plaintiff, and (3) the costs of the action.

Having said that, our client wishes to resolve this matter amicably without resorting to litigation. However, as we are sure you can appreciate, “CONCH & COCONUT LLC” must and will take whatever action is necessary to protect its valuable intellectual property.

We look forward to hearing from you and your cooperation on this matter. This letter does not purport to contain an exhaustive statement of our clients’ claims and remedies. This letter is without prejudice to our any of our clients’ rights or remedies under the law, all of which are expressly reserved.

Sincerely,

/ap/

Augusto Perera, Esq.

# United States of America
## United States Patent and Trademark Office

# CONCH & COCONUT

**Reg. No. 7,123,684**
**Registered Aug. 01, 2023**
**Int. Cl.: 25, 39, 45**
**Service Mark**
**Trademark**
**Principal Register**

Conch & Coconut LLC (FLORIDA LIMITED LIABILITY COMPANY)
7421 SW 53 Place
Miami, FLORIDA 33143

CLASS 25: Shirts; tops being clothing; long-sleeved shirts; short-sleeved shirts

FIRST USE 00-00-2019; IN COMMERCE 00-00-2019

CLASS 39: Arranging of transportation for travel tours; Organization of travel; Organization of trips; Providing transport for sightseeing tours; Travel services, namely, coordinating travel arrangements for individuals and for groups

FIRST USE 00-00-2018; IN COMMERCE 00-00-2018

CLASS 45: Personal concierge services for others comprising making requested personal arrangements and reservations and providing customer-specific information to meet individual needs

FIRST USE 00-00-2018; IN COMMERCE 00-00-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "COCONUT" FOR INTERNATIONAL CLASS 033

SER. NO. 90-479,195, FILED 01-21-2021

Exhibit.A.1

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CRACK OPEN THE GOOD LIFE

**Reg. No. 7,208,095**
**Registered Oct. 31, 2023**
**Int. Cl.: 33, 39, 45**
**Service Mark**
**Trademark**
**Principal Register**

Conch & Coconut LLC (FLORIDA LIMITED LIABILITY COMPANY)
7421 SW 53 Place
Miami, FLORIDA 33143

CLASS 33: Spirits

FIRST USE 5-1-2022; IN COMMERCE 3-15-2023

CLASS 39: Arranging of transportation for travel tours; Organization of travel; Organization of trips; Providing transport for sightseeing tours; Travel services, namely, coordinating travel arrangements for individuals and for groups

FIRST USE 5-1-2018; IN COMMERCE 5-1-2018

CLASS 45: Personal concierge services for others comprising making requested personal arrangements and reservations and providing customer-specific information to meet individual needs

FIRST USE 5-1-2018; IN COMMERCE 5-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-479,074, FILED 01-21-2021

Exhibit.A2

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**The Registrar General's Department**
**Nassau, N.P., The Bahamas**

**No. 47149**

## BAHAMAS TRADE MARKS ACT 1906

To **MOSKO & ASSOCIATES**
**First Floor,**
**49 Collins Avenue,**
**P.O. Box N-7816,**
**Nassau, Bahamas**

Pursuant to Rule 31 of the Rules under the above-named Act, I beg to inform you that the trade mark number **47149 - CRACK OPEN THE GOOD LIFE** dated **2nd** day of **September A.D., 2022** for registration in **Class 43** has been accepted subject to advertisement in the Gazette.

Witness my hand this **20th day of October, 2022.**

[signature]
**For The Registrar General**

**(Provisional Acceptance, Rule 31)**

## CRACK OPEN THE GOOD LIFE

Exhibit.B.47149
Prov.Accept.CRACK OPEN THE GOOD LIFE

1-888-770-9390 | 1-242-805-2626

**Get in touch:** 1-888-770-9390 or 1-242-805-2626

Home Harbour Island Experiences Concierge Services
Harbour Island Golf Cart Rentals Our Story Contact FAQ

Home Harbour Island Experiences Concierge Services
Harbour Island Golf Cart Rentals Our Story Contact FAQ

Exhibit.C.1



# HARBOUR ISLAND EXCURSIONS

HARBOUR ISLAND EXCURSIONS





# BOAT EXCURSIONS

Explore what the waters of Harbour Island have to offer, from fishing experiences to swimming with sea turtles. It's our crew's priority to make sure the day is one you will never forget.

VIEW ALL





# ELEUTHERA EXCURSIONS

Explore the natural and historic beauty of North Eleuthera on one of our luxurious guided experiences.

VIEW ALL



Case 1:25-cv-24067-JTK Document 1-8 Entered on FLSD Docket 09/05/2025 Page 25 of 39



## STAY CONNECTED WITH THE SPIRIT OF ISLAND LIVING

Join our newsletter for curated updates, insider experiences, and a taste of Harbour Island's laid-back Bahamian spirit – delivered straight to your inbox.

* **Email**

**By submitting this form, you are consenting to receive marketing emails from: Conch & Coconut Bahamas. You can revoke your consent to receive emails at any time by using the SafeUnsubscribe® link, found at the bottom of every email. Emails are serviced by Constant Contact.**

Sign up!

Case 1:25-cv-24067-JTK Document 1-8 Entered on FLSD Docket 09/05/2025 Page 27 of 39

CONTACT

**Call:**

1-888-770-9390

1-242-805-2626

**Or email us at**

concierge@conchandcoconutbahamas.com

***Follow us on:***

CONCH & COCONUT BAHAMAS

Immerse yourself in the vibrant culture and timeless charm of one of the world's most captivating destinations.

Our team is committed to providing you with the best island hospitality experience!

*Shaq Gibson*
*Founder, Conch & Coconut Bahamas*

ACCESSIBILITY POLICY

© 2025 Conch & Coconut Bahamas. All Rights Reserved.

Powered by: J.S.MediaDesign

1-888-770-9390 | 1-242-805-2626

**Get in touch:** 1-888-770-9390 or 1-242-805-2626

Home Harbour Island Experiences Concierge Services
Harbour Island Golf Cart Rentals Our Story Contact FAQ

Home Harbour Island Experiences Concierge Services
Harbour Island Golf Cart Rentals Our Story Contact FAQ

Exhibit.C.2



# OUR STORY

OUR STORY





# ABOUT CONCH & COCONUT BAHAMAS

Founded in 2018, Conch & Coconut Bahamas, is Harbour Island's premier locally owned and operated luxury concierge and experiential travel company. From the beginning, we've been dedicated to delivering highly personalized, curated service – while celebrating and preserving the island's rich history, vibrant culture, and warm community.

Our mission is to unlock extraordinary, unforgettable experiences. Whether it's bespoke adventures, private luxury boat charters, handpicked accommodations, seamless transport, or anything else under the Bahamian sun – we've got you covered. So kick off your shoes, sink your toes in the sand, and ***"Crack Open the Island Life"*** with us!





# FOUNDING STORY

After graduating from Palm Beach State College, Shaq returned home with a mission: to do tourism right – and make it truly local. Although tourism accounts for over 50% of the national GDP, it's rarely led by Bahamians. Shaq saw both a challenge and an opportunity.

With the guidance of mentors and the support of

family and friends, he began with a single offering: luxury golf cart rentals. From there, he built a thriving full-service island concierge company.

His vision? To share the real Harbour Island – through the lens of local life, culture, and connection.
Because at the end of the day, *"it's an island ting"*.





Case 1:25-cv-24067-JTK Document 1-8 Entered on FLSD Docket 09/05/2025 Page 35 of 39

# FOUNDING STORY

After graduating from Palm Beach State College, Shaq returned home with a mission: to do tourism right – and make it truly local. Although tourism accounts for over 50% of the national GDP, it's rarely led by Bahamians. Shaq saw both a challenge and an opportunity.

With the guidance of mentors and the support of family and friends, he began with a single offering: luxury golf cart rentals. From there, he built a thriving full-service island concierge company.

His vision? To share the real Harbour Island – through the lens of local life, culture, and connection.
Because at the end of the day, *"it's an island ting"*.

## STAY CONNECTED WITH THE SPIRIT OF ISLAND LIVING

Join our newsletter for curated updates, insider experiences, and a taste of Harbour Island's laid-back Bahamian spirit – delivered straight to your inbox.

* **Email**

**By submitting this form, you are consenting to receive marketing emails from: Conch & Coconut Bahamas. You can revoke your consent to receive emails at any time by using the SafeUnsubscribe® link, found at the bottom of every email. Emails are serviced by Constant Contact.**

Sign up!

CONTACT

**Call:**
1-888-770-9390
1-242-805-2626
**Or email us at**
concierge@conchandcoconutbahamas.com

*Follow us on:*

CONCH & COCONUT BAHAMAS

Immerse yourself in the vibrant culture and timeless charm of one of the world's most captivating destinations.

Our team is committed to providing you with the best island hospitality experience!

*Shaq Gibson*
*Founder, Conch & Coconut Bahamas*

ACCESSIBILITY POLICY

© 2025 Conch & Coconut Bahamas. All Rights Reserved.

Powered by: J.S.MediaDesign

Privacy - Terms