AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CONCH & COCONUT, LLC, and
PINK SAND SPIRITS, CO.

*Plaintiff(s)*

v.  Civil Action No. 1:25-cv-24067

CONCH & COCONUT LIMITED d/b/a CONCH &
COCONUT BAHAMAS, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SILVERMAN, Scott
2765 NE 24 St., Lighthouse Point, Florida 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Javier Sobrado
The Brickell IP Group, PLLC
1101 Brickell Ave.
South Tower, Ste. 800
Miami, FL 33131
US

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 8, 2025

Angela E. Noble
Clerk of Court

s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CONCH & COCONUT, LLC, and
PINK SAND SPIRITS, CO.

*Plaintiff(s)*

v.   Civil Action No. 1:25-cv-24067

CONCH & COCONUT LIMITED d/b/a CONCH &
COCONUT BAHAMAS, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   J.S. MEDIA DESIGN, INC.
2765 NE 24 St., Lighthouse Point, Florida 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Javier Sobrado
The Brickell IP Group, PLLC
1101 Brickell Ave.
South Tower, Ste. 800
Miami, FL 33131
US

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 8, 2025

*s/ C.Quinones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

CONCH & COCONUT, LLC, and
PINK SAND SPIRITS, CO.

*Plaintiff(s)*

v.   Civil Action No. 1:25-cv-24067

CONCH & COCONUT LIMITED d/b/a CONCH &
COCONUT BAHAMAS, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHRIEBER, Jana
2765 NE 24 St., Lighthouse Point, Florida 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Javier Sobrado
The Brickell IP Group, PLLC
1101 Brickell Ave.
South Tower, Ste. 800
Miami, FL 33131
US

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 8, 2025

Angela E. Noble
Clerk of Court

s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

CONCH & COCONUT, LLC, and
PINK SAND SPIRITS, CO.

*Plaintiff(s)*

v.

CONCH & COCONUT LIMITED d/b/a CONCH &
COCONUT BAHAMAS, et al.

*Defendant(s)*

Civil Action No.  1:25-cv-24067

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE CORCORAN GROUP LLC
590 Madison Avenue New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Javier Sobrado
The Brickell IP Group, PLLC
1101 Brickell Ave.
South Tower, Ste. 800
Miami, FL 33131
US

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 8, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Quinones
Deputy Clerk
U.S. District Courts